# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER WILLIAM HARRIS,

        Plaintiff,

v.

MONIQUE NEAL, et al.,

        Defendants.

Case No. C24-0467-RAJ-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's claims are DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 7th day of June, 2024 .

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1